RECEIVED
IN LAKE CHARLES, LA

FEB - 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| WANDA G. JACKSON | : | DOCKET NO. 06-0298 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this matter be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings in accordance with the report and recommendation.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE