RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE ____5 , 29 , 07____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WANDA G. JACKSON | : | DOCKET NO. 06-0298 |
| VS. | : | JUDGE TRIMBLE |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted.  Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct.  Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 13] is hereby GRANTED, and that fees and expenses are awarded in favor of plaintiff in the amount of $ 3,264.64.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29th day of May , 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE